# PULMAN, CAPPUCCIO, PULLEN, BENSON & JONES, LLP

## ATTORNEYS & COUNSELORS

ERIC A. PULLEN
(210) 892-0508
EPULLEN@PULMANLAW.COM

2161 NW MILITARY HIGHWAY, SUITE 400
SAN ANTONIO, TEXAS 78213
WWW.PULMANLAW.COM
TELEPHONE: (210) 222-9494
FACSIMILE: (210) 892-1610

SAN ANTONIO
DALLAS / FORT WORTH
AUSTIN

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/18/2015 11:55:03 AM
KEITH E. HOTTLE
Clerk

February 18, 2015

***Via: Electronic Mail:***

Fourth Court of Appeals
Attn: Rosa
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re:    *Endura Advisory Group, Ltd, Appellant vs. Dominic Altomare, Appellee*; Cause No.
> 04-14-00889-CV; pending in the Fourth of Appeals, San Antonio, Texas

Dear Rosa:

Pursuant to your telephone conversation with my assistant Dee Diaz, enclosed is a copy of the file-stamped copy of the Brief of Appellee, Dominic Altomare which was inadvertently filed in the District Court and not in the Fourth Court of Appeals.  Please note the Brief was filed on February 16th.

Thank you for your kind courtesies in this regard.

Should you have any questions, please do not hesitate to contact me at your convenience.

Very truly yours,

Eric A. Pullen

EAP/ddd
Enclosures as indicated